ZAGG INTELLECTUAL PROPERTY HOLDING CO., INC., Appellant

v.

**TECH 21 UK LTD., Appellee**

**2016-1976**

United States Court of Appeals, Federal Circuit.

April 11, 2017

PETER M. DE JONGE, Thorpe North & Western, Salt Lake City, UT, argued for appellant. Also represented by JED H. HANSEN.

BREWSTER TAYLOR, Stites & Harbison PLLC, Alexandria, VA, argued for appellee. Also represented by MICHAEL K. KIM.

(Prost, Chief Judge, Dyk and Hughes, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**